AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Juan A. Molina <br><br> *Plaintiff(s)* <br> v. <br> John Jay Institute for Justice and Opportunity/City University of New York et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) Civil Action No. 23-1493(JMF) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Jay Institute for Justice and Opportunity/City University of New York
205 E. 42nd Street, 10th Floor
New York, New York 10017-5773
Attn: Pamela Silverblatt Senior Vice Chancellor for Legal Affairs & General Counsel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Offices of Special Hagan
88-08 Justice Avenue Apt. 16i
Elmhurst, New York 11373
Attn: Special Hagan, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___05/04/2023___   _____/S/ V. BRAHIMI_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-1493(JMF)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Jay Institute for Justice and Opportunity/City University of New York
was received by me on *(date)* May 4, 2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* David Saums , who is
designated by law to accept service of process on behalf of *(name of organization)* John Jay Institute for Justice and Opportunity/City University of New York
on *(date)* May 5, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 5, 2023

*Special Hagan*
Server's signature

Special Hagan, Esq.
Printed name and title

88-08 Justice Avenue Apt. 16i
Elmhurst, NY 11373
Server's address

Additional information regarding attempted service, etc:

I served Peace Officer David Saums, an individual over the age of 18 years of age in the lobby at approximately 2:28pm. The doorman contacted Defendant and I was told that Saums was designated to accept service of process.

Saums is a white male who stands between 5'6 and 5'8, and who weighs between 160lbs and 180lbs. Saums was between the age of 50 and 60 years old.