AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Juan A. Molina | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  23-1493(JMF) |
| John Jay Institute for Justice and Opportunity/City University of New York et. al. | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Katheryne Ralph
901 Stuyvesant Avenue
Trenton, New Jersey 08618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Law Offices of Special Hagan
88-08 Justice Avenue Apt. 16i
Elmhurst, New York 11373
Attn:  Special Hagan, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:    05/04/2023

/S/ V. BRAHIMI

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  23-1493(JMF)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Katheryne Ralph

was received by me on *(date)*   May 4,2023                         .

☑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Ryan Mcaullife, Esq.                         , who is

designated by law to accept service of process on behalf of *(name of organization)*   Research Foundation for CUNY

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   May 5, 2023
_____

*Special Hagan* 
_____
*Server's signature*

Special Hagan, Esq.
_____
*Printed name and title*

88-08 Justice Avenue Apt. 16i
Elmhurst, New York 11373
_____
*Server's address*

Additional information regarding attempted service, etc:
I served Ryan Mcauliffe a Caucasian male over the age of 18,  Mcauliffe identified himself as Senior Associate Counsel for Defendant Research Foundation  for CUNY at approximately 3:10pm in the 7th floor lobby.  Mr. Mcauliffe is between 6'2 and 6'4, and weighs between 200lb and 250lb.  He is a white male with light brown to blonde hair.