AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Juan A. Molina )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 23-1493(JMF)
John Jay Institute for Justice and Opportunity/City )
University of New York et. al. )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Research Consortium of John Jay
524 West 59th Street, Ste 623
New York, New York 10019
Attn: Anthony Balkissoon, Esq.
Vice President and Executive Counsel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Offices of Special Hagan
88-08 Justice Avenue Apt. 16i
Elmhurst, New York 11373
Attn: Special Hagan, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  05/04/2023                                              /S/ V. BRAHIMI
                                                    *Signature of Clerk or Deputy Clerk*

Case 1:23-cv-01493-JMF   Document 33   Filed 05/08/23   Page 2 of 2
Case 1:23-cv-01493-JMF   Document 22   Filed 05/04/23   Page 2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-1493(JMF)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Research Consortium of John Jay

was received by me on *(date)* 5/4/2023  .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Service was effectuated on Defendants' Office of Legal Counsel at 11:57AM. I spoke with Deputy Counsel, Jill Maxwell, an officer of the Court, who refused service citing that the Consortium was not an entity that could be sued. I responded that this was not a proper basis to refuse service and that the parties could address the matter in motion practice. The Summons and Complaint were placed on the desk of the staff person seated outside of Maxwell's office..

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00  .

I declare under penalty of perjury that this information is true.

Date: May 8, 2023

*Server's signature*

Special Hagan, Esq.

*Printed name and title*

88-08 Justice Avenue Apt. 16i
Elmhurst, New York 11373

*Server's address*

Additional information regarding attempted service, etc:
The Summons and Complaint for this matter was left on the desk of a woman who appeared to be between the age of 50 and 65. The woman with whom the documents were left stood between 4'9 and 5'2 inches tall and weighed between 140lb and 170lbs. She sat outside the Offices of the General and Deputy Counsel in Room 623.