# THE LAW OFFICES OF
# Special | Hagan

**88-08 JUSTICE AVENUE APT. 16I**
**ELMHURST, NEW YORK 11373**
**P: (917) 337-2439**
SPECIAL@HAGANLAWOFFICES.NET

Tuesday, May 9, 2023

Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, New York 10007

                      RE:     Molina v. John Jay Institute for Justice and Opportunity/CUNY et. al.
                                   23-CV-1493(JMF)

Dear Honorable Judge Furman:

      I am counsel for Plaintiff, Juan Molina aka John Molina, in the above-captioned matter. I write to update the Court on the status of the service of the Defendants, in the above captioned matter. Your Honor granted Plaintiff's request for an extension of time to serve the named Defendants on April 25, 2023. (ECF Dkts. 6 and 7) At that time, Plaintiff was given until May 8, 2023 to serve all of the Defendants. Plaintiff complied with that order, and between May 4th and May 8th, Plaintiff's counsel personally served each of the listed Defendants and filed executed summonses accordingly. (ECF Dkts. 28 through 33)

      In closing, I write to thank the Court for its latitude and look forward to appearing in the parties' upcoming Initial Conference.

                                       Respectfully submitted,

                                       /s/

                                       Special Hagan, Esq.
                                       Attorney for Plaintiff, Juan Molina