UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                            :

JUAN A. MOLINA,                       :

                          :

                Plaintiff,,        :          23-CV-1493 (JMF)

                          :

          -v-                    :          <u>ORDER</u>

                          :

JOHN JAY INSTITUTE FOR JUSTICE AND    :
OPPORTUNITY/CITY UNIVERSITY OF NEW    :
YORK, et al.,                    :

                          :

                Defendants.      :

                          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On July 24, 2023, Defendants filed several motions to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

        Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **August 14, 2023.** Pursuant to Paragraph 1.B. of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motions to dismiss.

        If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If any Defendant files an answer or a new motion to dismiss, the Court will deny the relevant previously filed motion to dismiss as moot. If any Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

        If no amended complaint is filed, Plaintiff shall file a **single, consolidated opposition** to all motions to dismiss by **August 14, 2023**. Plaintiff is granted up to 35 pages for his single, consolidated memorandum of law. Unless and until the Court orders otherwise, Defendants shall file a **consolidated reply** — not to exceed 15 pages by **August 21, 2023**.

Finally, it is further ORDERED that the initial pretrial conference previously scheduled for August 1, 2023, is adjourned *sine die*.

SO ORDERED.

Dated: July 25, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge