```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
JUAN A MOLINA,                                                       :
                                                                     :
                              Plaintiff,                             :    23-CV-1493 (JMF)
                                                                     :
               -v-                                                   :    ORDER
                                                                     :
JOHN JAY INSTITUTE FOR JUSTICE AND                                   :
OPPORTUNITY/CITY UNIVERSITY OF NEW YORK,                             :
et al.,                                                              :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motions to dismiss, *see* Docket Nos. 61, 64, 66, Defendants' earlier motions to dismiss filed at Docket Nos. 48, 50, 53 are hereby DENIED as moot. Plaintiff's **consolidated opposition to all three motions to dismiss** is due by **October 3, 2023**. Defendants' replies, if any, are due by **October 10, 2023**.

      The Clerk of Court is directed to terminate Docket Nos. 48, 50, 53.

      SO ORDERED.

Dated: September 20, 2023
       New York, New York

                                                       JESSE M. FURMAN
                                            United States District Judge