# THE LAW OFFICES OF
# Special | Hagan

**88-08 JUSTICE AVENUE APT. 16I**
**ELMHURST, NEW YORK 11373**
**P: (917) 337-2439**
SPECIAL@HAGANLAWOFFICES.NET

Wednesday, September 20, 2023

Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, New York 10007

RE: Molina v. John Jay Institute for Justice and Opportunity/CUNY et. al.
23-CV-1493(JMF)

Dear Honorable Judge Furman:

    I am counsel for Plaintiff, Juan Molina aka John Molina, in the above-captioned matter. I write to request an extension until October 25, 2023 for Plaintiff to respond to Defendants' motion to dismiss the Amended Complaint. This is Plaintiff's first application to the Court on this motion.

    On July 25, 2023, the Court directed Plaintiff to submit an Amended Complaint or to file his opposition to Defendants' first motion to dismiss, on or by August 14, 2023. (ECF Dkt. 56) Pursuant to the Court's order, Plaintiff duly submitted his Amended Complaint on August 14, 2023. (ECF Dkt. 57) To correct, a deficient filing notice, Plaintiff re-submitted his Amended Complaint on August 15, 2023. (ECF Dkt. 58)

    On August 17, 2023, Defendants collectively requested until September 19, 2023, to file their application to dismiss Plaintiff's Amended Complaint; Plaintiff consented. (ECF Dkt. 59) On August 17, 2023, the Court granted Defendants' motion, however the updated briefing schedule did not state when Plaintiff's opposition was due. Defendants filed each of their motions on September 19, 2023, at that time, they stated that Plaintiff's rely was due on or before October 3, 2023. As such, Plaintiff respectfully writes the Court to request until October 25, 2023, to file his reply brief.

    As per Your Honor's Rules of Practice, I contacted Counsel on September 19, 2023 at 4: 18pm to request the extension from October 3 to October 25, 2023. At that time, I notified them of Plaintiff's request, citing a previously scheduled court appearance on October 3, 2023 and a previously scheduled surgical procedure on the 4th. In addition to the named commitment, I am scheduled for additional doctors' appointments and an MRI the subsequent week. Therefore, I am seeking the additional time to recover and to have sufficient time to review the three briefs Defendants submitted with my client.



**88-08 JUSTICE AVENUE APT. 16I**
**ELMHURST, NEW YORK 11373**
**P: (917) 337-2439**
SPECIAL@HAGANLAWOFFICES.NET

As it stands, Defense counsel read and received the email at the following times:  4:19pm; 4:20pm; and 4:35pm.  Defense Counsel Lawson wrote back to me at 4:35pm that he would need to have an internal discussion, however, currently consent remains pending from all three attorneys.

In closing, I thank the Court for its time and consideration of Plaintiff's request.

Respectfully submitted,

/s/

Special Hagan, Esq.
Attorney for Plaintiff, Juan Molina