UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN A. MOLINA,<br><br>                        Plaintiff,<br><br>               v.<br><br>JOHN JAY INSTITUTE FOR JUSTICE AND OPPORTUNITY/CITY UNIVERSITY OF NEW YORK, et al.,<br><br>                      Defendants. | 23-CV-1493 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

      This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 11, 2023
       New York, New York

                                                      DALE E. HO
                                                United States District Judge