THE LAW OFFICES OF

*Special | Hagan*

88-08 JUSTICE AVENUE APT. 16I
ELMHURST, NEW YORK 11373
P: (917) 337-2439
SPECIAL@HAGANLAWOFFICES.NET

Wednesday, November 8, 2023

Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom
New York, New York 10007

                          RE:      Molina v. John Jay Institute for Justice and Opportunity/CUNY et. al.
                                          23-CV-1493(DEH)

Dear Honorable Judge Ho:

      I am counsel for Plaintiff, Juan Molina aka John Molina, in the above-captioned matter. I write to notify the Court that Mr. Molina is in the process of retaining new Counsel. The two of us have discussed this matter, and have mutually agreed that it is best that he litigate this case with another attorney/firm. As such, I respectfully request on Mr. Molina's behalf that he have at least ninety (90) days to oppose Defendants' motion to dismiss his complaint.

      I thank the Court in advance for its patience to date.

                                                   Respectfully submitted,

                                                   /s/

                                                   Special Hagan, Esq.
                                                 Attorney for Plaintiff, Juan Molina

Cc:      Juan A. Molina
           Plaintiff (served via email)