UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN A. MOLINA,<br><br>      Plaintiff(s),<br><br>    v.<br><br>JOHN JAY INSTITUTE FOR JUSTICE AND OPPORTUNITY/CITY UNIVERSITY OF NEW YORK, et al.,<br><br>      Defendant(s). | 23-CV-1493 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On September 20, 2023, Plaintiff filed a letter asking the Court for an extension to file a response to Defendants' Motions to Dismiss the Amended Complaint (Nos. 64, 66). *See* ECF No. 70. The same day, the Court granted the request and extended the Plaintiff's deadline to October 25, 2023. *See* ECF No. 73.

  On October 20, 2023, Plaintiff filed a letter asking for a second extension to file a response to Defendants' Motions to Dismiss the Amended Complaint. *See* ECF No. 75. On October 23, 2023, the Court granted the request and extended Plaintiff's deadline to December 15, 2023. *See* ECF No. 77.

  On November 8, 2023, Plaintiff filed a letter asking the Court for a third extension to file a response to Defendants' Motions to Dismiss the Amended Complaint. *See* ECF No. 78. The next day, the Court issued an order granting the request in part, giving Plaintiff until January 8, 2024, to file a response to Defendants' Motions to Dismiss. *See* ECF No. 79. Plaintiff was apprised that "no further extensions [would] be granted," given that this was his third request for an extension. *Id.* No such response brief was filed by January 8, 2024. Accordingly, the motions are deemed fully briefed.

SO ORDERED.

Dated: January 10, 2024
      New York, New York

                                                DALE E. HO
                              United States District Judge