**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUAN A. MOLINA,

                Plaintiff,

   -against-                                       23 **CIVIL** 1493 (DEH)

                                                   **<u>JUDGMENT</u>**

JOHN JAY INSTITUTE FOR JUSTICE AND
OPPORTUNITY/CITY UNIVERSITY OF NEW
YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2024, Defendants' motions to dismiss Plaintiff's First Amended Complaint are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 24, 2024

                                                              **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                            **BY:**    *K. Mango*

                                                     **Deputy Clerk**